**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6020**

ABDU-SALIM GOULD,

                Plaintiff - Appellant,

     v.

BERTIE COUNTY; NORMA WESSEN; RONALD ROBERSON; WAYNE GOODWIN,
Commissioner,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:15-ct-03066-F)

Submitted:  May 26, 2016           Decided:  June 1, 2016

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Abdu-Salim Gould, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdu-Salim Gould appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gould v. Bertie Cnty., No. 5:15-ct-03066-F (E.D.N.C. Dec. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED